UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANE CIVITANO,

                Plaintiff,

    -against-

PAM ROB, INC.;
and as an individual, PAMELA HOCHSTIN,

            Defendants-Third Party Plaintiffs,

    -against-

ROBIN MIZRAHI

           Third Party Defendant.
------------------------------------------------------------X

Docket No. 17-cv-10056 (CS)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) of Third Party Complaint

Pursuant to Fed.R.Civ.Pro 41 (a)(1)(A)(i), the Third Party Plaintiffs PamRob Inc. and Pamela Hochstin by and through their undersigned counsel, hereby give notice that the Third Party Complaint in the above captioned action is voluntarily dismissed without prejudice against the Third Party Defendant Robin Mizrahi.

Dated: July 19, 2018
White Plains, New York

                                  GOULD & BERG, LLP

                                  By: _____
                                  Kim Berg (KB1425)
                                  222 Bloomingdale Road, Suite 304
                                  White Plains, New York 10605
                                  Email: kberg@gouldberglaw.com
                                  Ph:  (914) 397-1050
                                  Fax: (914) 377-1051

**SO ORDERED:**

_Cathy Seibel_
U.S.D.J. ~~/U.S.M.J.~~

Dated: July 20, 2018 White Plains, New York