UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Civitano,

                              Plaintiff,        **ORDER OF REFERENCE**
                                                      **TO A**
            v.                                 **MAGISTRATE JUDGE**

                                                   7:17-CV-10056 (CS)

Pamrob, Inc., et al.,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above entitled action is referred to the Hon. Paul E. Davison,
United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| \_\_\_\_ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | \_\_\_\_ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| \_\_\_\_ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | \_\_\_\_ | SOCIAL SECURITY |
| | | _X_ | SETTLEMENT |
| \_\_\_\_ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | \_\_\_\_ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| \_\_\_\_ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | \_\_\_\_ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| \_\_\_\_ | <u>Discovery Disputes</u> | | |
| \_\_\_\_ | JURY SELECTION | | |
| \_\_\_\_ | HABEAS CORPUS | | |

Dated: White Plains, NY
       August 3, 2018

                                                SO ORDERED.

                                                */s/ Cathy Seibel*
                                                CATHY SEIBEL, U.S.D.J.

\* Do not check if already referred for General Pre-Trial.