<div align="center">
Clif Bennette<br>
25 Christopher Road<br>
Mt. Kisco, N.Y. 10549<br>
914-346-7009<br>
cBennette1@Verizon.net
</div>

Honorable Paul E. Davidson<br>
United States District Court<br>
Southern District of New York<br>
300 Quarropas Street<br>
White Plains, New York 10601

<div align="right">August 24, 2018</div>

*Via ECF*

    Re:   Adjournment Request for   Civitano v. PamRob, Inc. and Pamela Hochstin.<br>
                                             Docket No. 17-cv-10056 (CS) (PED)

Dear Judge Davison:

      As discussed earlier with Courtroom Deputy Mr. Frank Cangelosi, opposing counsel has consented to an adjournment for the conference scheduled for August 27, 2018 at 2:30 pm. Ms. Berg is unavailable from August 28 – September 5 and September 10 or 11. I am unavailable from September 12 -14 and September 25. Defendant's counsel prefers a date as soon as convenient for the Court.

      No previous requests for adjournment or extension have been made by Plaintiff.

      I will call to inquire whether the Court has granted the request.

<div style="margin-left: 50%;">
Respectfully submitted,<br><br>
[signature]<br>
Clif Bennette
</div>

cc:  Kim Berg, Esq. (by email)<br>
      Gould & Berg<br>
      222 Bloomingdale Road<br>
      White Plains, N.Y. 10605<br>
      (914) 397-1050

      Ms. Diane Civitano (by e-mail)