

# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould
Kim Patricia Berg*
*also admitted in New Jersey*

222 Bloomingdale Road
White Plains, New York 10605
*phone* 914-397-1050   *fax* 914-397-1051
*web* www.gouldberglaw.com

November 8, 2018

**VIA ECF**

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   **Civitano v. Pam Rob, Inc., et al.**
        **17 CV 10056 (CS)**

Dear Judge Seibel:

    I represent Defendants Pam Rob Inc. and Pamela Hochstin in the above referenced matter. On November 5, 2018 Your Honor issued an Order directing Plaintiff to turn over by 9:00 a.m. today all outstanding discovery, namely: 1) a proper, signed Rule 26 Disclosure; and 2) a signed and verified response to Defendants' First Set of Interrogatories. I am writing to the Court to advise that plaintiff's counsel has not complied and I have not received any communications from counsel.

Respectfully submitted,

Kim Berg

KB: jk
Enclosure

cc: Cliffith D. Bennette, Esq. (via ECF)