

# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould  
Kim Patricia Berg*  
*also admitted in New Jersey

222 Bloomingdale Road  
White Plains, New York 10605  
*phone* 914-397-1050  *fax* 914-397-1051  
*web* www.gouldberglaw.com

November 8, 2018

**VIA ECF**

Hon. Cathy Seibel  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re: Civitano v. Pam Rob, Inc., et al.  
17 CV 10056 (CS)

Dear Judge Seibel:

I represent Defendants Pam Rob Inc. and Pamela Hochstin in the above referenced matter. On November 5, 2018 Your Honor issued an Order directing Plaintiff to turn over by 9:00 a.m. today all outstanding discovery, namely: 1) a proper, signed Rule 26 Disclosure; and 2) a signed and verified response to Defendants' First Set of Interrogatories. I am writing to the Court to advise that plaintiff's counsel has not complied and I have not received any communications from counsel.

Respectfully submitted,

Kim Berg

KB: jk  
Enclosure

cc: Cliffith D. Bennette, Esq. (via ECF)

*I am having a similar problem with the same lawyer in another case. I hope nothing terrible has happened to him, but if it has not, he seems to be disregarding my orders. Mr. Bennettte is ORDERED to SHOW CAUSE by letter, no later than 11/13/18 at 9 am, why he and/or his client should not be held in contempt of court or otherwise sanctioned for failing to comply with my 11/5/18 order and failing to fulfill Plaintiff's discovery obligations. Failure to show cause and supply the outstanding discovery by that date may result in sanctions and dismissal.*

SO ORDERED.

*Cathy Seibel*  11/8/18  
CATHY SEIBEL, U.S.D.J.