

# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould
Kim Patricia Berg*
*also admitted in New Jersey

222 Bloomingdale Road
White Plains, New York 10605
*phone* 914-397-1050   *fax* 914-397-1051
*web* www.gouldberglaw.com

November 28, 2018

**VIA ECF**

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Civitano v. Pam Rob, Inc., et al.
      17 CV 10056 (CS)(PED)

Dear Judge Seibel:

I represent Defendants Pam Rob Inc. and Pamela Hochstin in the above referenced matter and am pleased to write to the Court to advise that the parties have reached a settlement in principal.

Yesterday, I forwarded Plaintiff's counsel a Settlement Agreement and Stipulation of Discontinuance with prejudice for signature. As soon as I get those back from counsel, I will file the Stipulation of Discontinuance with the Court for so-ordering.

Respectfully submitted,

Kim Berg

KB: jk

cc: Cliffith D. Bennette, Esq. (via ECF)