# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould
Kim Patricia Berg*

*also admitted in New Jersey

222 Bloomingdale Road
White Plains, New York 10605
*phone* 914-397-1050  *fax* 914-397-1051
*web* www.gouldberglaw.com

January 17, 2019

**VIA ECF**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Civitano v. Pam Rob, Inc., et al.; 17 CV 10056 (CS)(PED)**

Dear Judge Seibel:

I represent Defendants Pam Rob Inc. and Pamela Hochstin in the above referenced matter and am writing to update the Court on the status of this matter.

I was advised at approximately 3:50 p.m. today that Ms. Civitano is going to sign the Settlement Agreement and Stipulation of Discontinuance by no later than Monday. With the Court's permission, I have no objection to providing Ms. Civitano until Monday, January 21, 2019, no later than 5:00 p.m. to fully execute the Agreement and to have Mr. Bennette also execute the Agreement and Stipulation of Discontinuance with Prejudice by that same date and time. As I know Monday is a Court holiday and my office is also closed, I will notify the Court first thing Tuesday morning if for any reason that is not accomplished as promised by Mr. Bennette.

Respectfully submitted,

Kim Berg

KB: jk
cc: Cliffith D. Bennette, Esq. (via ECF)

That is fine -- Plaintiff may have until Monday to execute the agreement -- but Mr. Bennette was also supposed to provide dates for his client's deposition by today. Those dates are necessary because if the signed agreement is not in hand on Monday for whatever reason, there is little time left to complete discovery. So Mr. Bennette must either provide Ms. Berg today with dates between now and 2/1/19 when his client can be deposed if she does not sign the agreement, or he must explain to Plaintiff that she must make herself available at a date to be chosen by Defendant, should the settlement not go through.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

1/17/19