

# GOULD & BERG, LLP
*attorneys at law*

Jane Bilus Gould  
Kim Patricia Berg*  
*also admitted in New Jersey

222 Bloomingdale Road  
White Plains, New York 10605  
*phone* 914-397-1050  *fax* 914-397-1051  
*web* www.gouldberglaw.com

January 22, 2019

**VIA ECF**  
Hon. Cathy Seibel  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

**Re:**   **Civitano v. Pam Rob, Inc., et al.; 17 CV 10056 (CS)(PED)**

Dear Judge Seibel:

    I represent Defendants Pam Rob Inc. and Pamela Hochstin in the above referenced matter and am writing to update the Court on the status of this matter.

    I am very pleased to report that I received the Settlement Agreement signed and notarized by Ms. Civitano. As required by the ADEA, there is a seven day revocation period and as such I will file the Stipulation of Discontinuance with Prejudice after the revocation period expires on Monday, January 28, 2019.

Respectfully submitted,

Kim Berg

KB: jk  
cc: Cliffith D. Bennette, Esq. (via ECF)