UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DIANE CIVITANO,

                          Plaintiff,

-against -

PAM ROB, INC.;
and as an individual, PAMELA HOCHSTIN,

                          Defendants.
------------------------------------------------------X

**Docket No. 17-cv-10056 (CS)**

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the above captioned action be, and the same hereby is, discontinued with prejudice and without costs or attorneys' fees to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED, this Stipulation may be executed in counterparts and by facsimile or other electronic transmission, which shall be deemed an original and when fully executed may be filed with the Court without further notice.

Dated: White Plains, New York
          January 28, 2019

GOULD & BERG, LLP

By: _____
    Kim Berg, Esq. (KB1425)
    Attorneys for Defendants
    222 Bloomingdale Road, Suite 304
    White Plains, NY 10605
    (914) 397-1050

Dated: Mount Kisco, New York
          January 21, 2019

CLIFFITH D. BENNETE, ESQ.

By: _____
    Cliffith D. Bennette, Esq. (CB9559)
    Attorney for Plaintiff
    25 Christopher Road
    Mount Kisco, NY 10549
    (914) 346-7009

SO ORDERED:

_____
CATHY SEIBEL
United States District Judge