UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DIANE CIVITANO,

                              Plaintiff,

      -against -

PAM ROB, INC.;
and as an individual, PAMELA HOCHSTIN,

                             Defendants.
-----------------------------------------------------X

**Docket No. 17-cv-10056 (CS)**

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

       IT IS HEEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiff and Defendants, that the above captioned action be, and the same hereby is,

discontinued with prejudice and without costs or attorneys' fees to any party.

       IT IS HEREBY FURTHER STIPULATED AND AGREED, this Stipulation may be

executed in counterparts and by facsimile or other electronic transmission, which shall be

deemed an original and when fully executed may be filed with the Court without further notice.

Dated:  White Plains, New York
       January  28 , 2019

       GOULD & BERG, LLP

By: _____
       Kim Berg, Esq. (KB1425)
       Attorneys for Defendants
       222 Bloomingdale Road, Suite 304
       White Plains, NY 10605
       (914) 397-1050

Dated:  Mount Kisco, New York
       January 21 , 2019

CLIFFITH D. BENNETE, ESQ.

By: _____
       Cliffith D. Bennette, Esq. (CB9559)
       Attorney for Plaintiff
       25 Christopher Road
       Mount Kisco, NY 10549
       (914) 346-7009

       SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.      1/28/19

The Clerk shall close the case.